Danielle L. Kuck (State Bar No. 291782)
dkuck@wshblaw.com
Lisa Herme (State Bar No. 283111)
lherme@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
2815 Townsgate Road, Suite 215
Thousand Oaks, California 91361-5827, United States
Phone: (820) 333-4250 ♦ Fax: (820) 333-4249

Attorneys for Attorneys for Defendants,
LOCKHEED MARTIN CORPORATION,
erroneously sued and served as
LOCKHEAD MARTIN
CORPORATION, and AVIS BUDGET
GROUP, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NOURREDINE ABES,<br><br>  Plaintiff,<br><br>  v.<br><br>LOCKHEAD MARTIN CORPORATION, a Maryland corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; MARY CATHERINE MCCREARY, an individual; and DOES 1 through 25,,<br><br>  Defendants. | Case No. 2:21-cv-8040-JFW-JEMx<br><br>**ORDER**<br><br>The Hon. John F. ~~Walker~~ **Walter**<br><br>Trial Date:    None Set |

On October 27, 2021, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. Central District of California case number 2:21-cv-8040-JFW-JEM entitled NOURREDINE ABES vs. LOCKHEAD MARTIN CORPORATION,

22675677.1:11987-0001

AVIS BUDGET GROUP, INC., MARY CATHERINE MCCREARY, and DOES 1 through 25 is remanded to Los Angeles Superior Court.

IT IS SO ORDERED.

DATED: October 28, 2021

_____
HON. JOHN F. ~~WALKER~~ WALTER

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2815 TOWNSGATE ROAD, SUITE 215
THOUSAND OAKS, CALIFORNIA 91361-5827, UNITED STATES
TELEPHONE (820) 333-4250 ♦ FAX (820) 333-4249